IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROLANDO QUINTANILLA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-1965 |
| | § | |
| A & R DEMOLITION INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT AS TO DEFENDANTS SATTERFIELD & PONTIKES AND SWINERTON BUILDERS**

In accordance with the memoranda and orders issued on August 30, 2005 and on this date, the plaintiffs' claims against Satterfield & Pontikes Construction and against Swinerton Builders in this action are dismissed, with prejudice. Because all of the plaintiffs' claims against Satterfield & Pontikes and Swinerton Builders have been resolved and neither Satterfield & Pontikes nor Swinerton Builders has filed a counterclaim or cross-claim, there is no reason for delay in entering final judgment as to these defendants. Fed. R. Civ. P. 54(b). Final judgment is entered dismissing the plaintiffs' claims against Satterfield & Pontikes Construction and Swinerton Builders, with prejudice.

Each party is to bear its own costs.

SIGNED on March 6, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge